UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO.:  5:20-cv-193-TBR

**ELECTRONICALLY FILED**

BETTY JAYNE GARNETT and
JAMES MATTHEW GARNETT, JR.                                                        PLAINTIFFS

v.                                    **NOTICE OF REMOVAL**

KROGER LIMITED PARTNERSHIP I AND JOE TURNER,
INDIVIDUALLY, AND AS MANAGER OF
Kroger Limited Partnership, Store No. 435                                         DEFENDANTS

\*\* \*\* \*\* \*\* \*\* \*\*

COME the Defendants, Kroger Limited Partnership I and Joe Turner, Individually and as a manager of Kroger Limited Partnership, by counsel, and give notice of removal as follows:

1. Defendants give notice, pursuant to 28 U.S.C. secs. 1441 and 1446, of their removal of this action from Calloway Circuit Court, Civil Action No.: 20-CI-217 to the United States District Court, Western District of Kentucky, Paducah.

2. The United States District Court has original jurisdiction over this action pursuant to 28 U.S.C 1332 (diversity jurisdiction) in that the parties are citizens of different states and the amount in controversy exceeds $75,000.00.  Based upon information and belief, the Plaintiffs are residents of Killeen, Texas.  Defendant Kroger Limited Partnership I is an Ohio limited partnership authorized to conduct business in the Commonwealth of Ketnucky and the Defendant, Joe Turner, is a resident of Paris, Tennessee.

3. Venue is proper in this judicial district and jury division pursuant to 28 U.S.C. sec. 1391(b)(2) as some of the events described in the Complaint of the Plaintiff occurred in this

venue.

    4. The Plaintiffs have alleged past, present and future medical expenses; metnal anguish, past, present and future physical pain and mental suffering; loss of enjoyment of life, past, present and future, and loss of consortium.   In response to Interrogatories and Request for Production of Documents propounded to the Plaintiff served on the Defendants on November 10, 2020, Plaintiff, Betty Jayne Garnett, responded that to date she has the following damages:

> Past medical expense: not to exceed $25,000.00;
> Future medical expense: $75,00.00;
> Physical pain and mental suffering: $450,000.00; and
> Loss of ejnjoyment of life, past, present and future not to exceed $450,000.00

The Plaintiff, James Garnett, Jr., responded that he has the following damages:

> Loss of consortium not to exceed $200,000.00.

(A copy of the Plaintiffs' Interrogatory Responses are attached as **Exhibit 1**).

    5. Kroger is filing this Notice of Removal within 30 days of service of the Responses to Interrogatories and Requests for Production of Documents. The Plaintiff's answers were served on the Defendants on November 10, 2020.  Therefore, removal of this action is timely pursuant to 28 U.S.C. sec. 1446(b).

    6. As required by 28 U.S.C. sec. 1446(a), a copy of the Summons and Complaint served on The Kroger Co. and Joe Turner are attached as **Exhibit 2.**   An agreed order extending time to file an answer is attached at **Exhibit 3**.  The Answer of Defendants, Kroger Limited Partnership I, The Kroger Co.,and Joe Turner is attached as **Exhibit 4**. Notice of Agreed order of substitution of Kroger Limited Partnership I for The Kroger Co. entered October 1, 2020  is attached as **Exhibit 5**.  Interrogatories and Requests for

Production of documents propounded to the Plaintiff, Betty Jayne Garnett, on August 17, 2020 along with a Notice of Service are attached as **Exhibit 6.** Interrogatories and Requests for Production of documents propounded to the Plaintiff, James Matthew Garnett, Jr. on August 17, 2020 as **Exhibit 7.** Notice of Service of Interrogatories and Requests for Production propounded to Betty Jayne Garnett is attached as **Exhibit 8.** Notice of Service of Interrogatories and Requests for Production propounded to James Matthew Garnett is attached as **Exhibit 9.** Interrogatories and Requests for Production of Documents propounded to the Defendants on August 25, 2020 are attached as **Exhibit 10.** These documents constitute all pleadings served on the Defendant as of the date of this Notice of Removal.

7. Rule 7.1 Disclosure is attached as **Exhibit 11.**

8. A Civil Cover Sheet is attached as **Exhibit 12.**

9. Written notice of the filing of this Notice of Removal is being served on the Plaintiff and filed with the Calloway Circuit Court in accordance with the requirements of 28 U.S.C. 1446(d).

> Respectfully submitted:
>
> NUNERY & CALL, PLLC
> 225 East First Street
> Campbellsville, Kentucky  42718
> Telephone:  (270) 789-2466
> Fax:  (270) 789-0709
>
> /S/ANGELA M. CALL

## CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing was sent electronically or via U. S. Mail to the following:

Hon. Gary R. Haverstock
Haverstock, Bell & Pittman
P. O. Box 1075
Murray, KY 42071

This 10th day of December, 2020.

/s/Angela M. Call

R:\Clients\Kroger Co., The\Garnett, Betty Jo and James Matthew\U. S. District Court\notice of removal.wpd